**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
_____Northern_____ **DIVISION**

Nachica M. Thomas

_____

**PLAINTIFF**

v.

Road & Rail Services

_____

_____

**DEFENDANT**

RECEIVED

2018 DEC 21  P 3: 48

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE ACTION NO.: 2:18-cv-1064-MHT-WC

**JURY DEMAND (MARK ONE)**

☑ YES        ☐ NO

## EEOC   COMPLAINT

1.  Plaintiff resides at  589 Locust Street

2.  Defendant(s)' name(s)  Road & Rail Services

    Location of principal office(s) of the named defendant(s) 4233 Bardstown Rd. Suite
    200
    Louisville, KY 40218

    Nature of defendant(s)' business  Car Manufacturer Operations for
    Shipping Customer Cars

    Approximate number of individuals employed by defendant(s) 200

3.  This action is brought pursuant  to  Title VII of the Civil Rights Act of 1964 for
    employement discrimination.  Jurisdiction is specifically conferred on the Court by 42
    U.S.C. §2000e-5.  Equitable and other relief are also sought under 42 §2000e-5(g).

4.  The acts complained of in this suit concern:

    1.  ☐ Failure to employ me.
    2.  ☐ Termination of my employment.
    3.  ☑ Failure to promote me.
    4.  ☑ Other acts as specified below: Pay, Intentional Assault,
        Discrimination, Retaliation

5.   Plaintiff is:
    A.    ✓ Presently employed by the defendant.
          ___ Not presently employed by the defendant.  The dates of employement were
          _____ Employment was terminated because:

          (1)    _____ Plaintiff was discharged.
          (2)    _____ Plaintiff was laid off.
          (3)    _____ Plaintiff left job voluntarily.

6.   Defendant(s)' conduct is discriminatory with respect to the following:

    A.    ✓ My race.
    B.    _____ My religion.
    C.    _____ My sex.
    D.    _____ My national origin.
    E.    ✓ Other, as specified below: _Retaliation_____
          _____
          _____

7.   The name(s), race, sex, and the position  or title of the individual(s) who allegedly
    discriminated against me during the period of my employment with the defendant company
    is (are) _Chris Smith, Bob Ellison, Kelly Kepton_____
    _____

8.   The alleged discrimination occurred on or about _Nov. 2017 to Current_.

9.   The nature of my complaint, i.e., the manner in which the individual(s) named above
    discriminated against me in terms of the conditions of my employment, is as follows:
    _Never promoted, Employees making more than me and I have been
    doing it longer, threatened by management and employer, assaulted
    by employee due to management, untrue treatment, difference in treatment__
    _____
    _____
    _____
    _____
    _____
    _____

10.  The alleged illegal activity took place at _Road Camp at Lincoln, AL
    facility_____
    _____
    _____

11.   I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)'
      alleged discriminatory conduct on or about ___March 5,2018___.
      I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal
      Employment Opportunity Commission. The letter was received by me on __09 24 18__.

12.   I seek the following relief:

      A.   ✓ Recovery of back pay.
      B.   ✓ Reinstatement to my former job, and any other relief as may be appropriate,
           including injunctive orders, damages, costs, and attorneys fees.

Date:___12 21 18___

_____
Signature of Plaintiff

589 Locust Street
Alexander City, AL 35010
(256) 750-7065
Address & Telephone Number of Plaintiff